DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MALIK HAMID ZAMAN,**
Appellant,

v.

**DERRICK M. CREW** and **ADA BERRIOS,**
Appellees.

No. 4D18-2114

[February 14, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502015CA009809XXXXMB.

Malik Hamid Zaman, Palm Beach Gardens, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***